JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMAD SALEHI NAJAF ABADI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSEMARY MELVILLE, District ) <br> Director, USCIS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 08-5802 JW <br><br> **STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and will to do so within 30 days of the dismissal of this action.

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C 08-5802 JW

1       The parties shall bear their own costs and fees.

2 Dated: February 12, 2009                                      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                                           /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney

Dated: February 10, 2009

                                                           /s/
ZACHARY NIGHTINGALE
Attorney for Plaintiff

**IT IS SO ORDERED:**

The Court terminates all pending deadlines hearings and motions. The Clerk shall close this file.

Dated: February 17, 2009                                      _James Ware_____
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 08-5802 JW                                    2